CARLIE CHRISTENSEN, Acting United States Attorney (#633)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
185 South State Street, #300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | |
| | : | VIO. 18 U.S.C. § 751(a), |
| Vs. | : | ESCAPE |
| EVERETT JAY WILSON, | : | |
| Defendant. | : | Case: 2:10-cr-00528<br>Assigned To : Waddoups, Clark<br>Assign. Date : 6/16/2010<br>Description: USA v. |

The Grand Jury charges:

**COUNT I**

On or about May 11, 2010, in the Central Division of the District of Utah,

EVERETT JAY WILSON,

defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, which custody was by virtue of a conviction in the United States District Court for the District of Utah pursuant to 18 U.S.C. § 3583(e)(3), to wit, a supervised release violation; all in

violation of 18 U.S.C. § 751(a).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney


*/s/ Veda M. Travis*

VEDA M. TRAVIS
Assistant United States Attorney

2