CARLIE CHRISTENSEN, United States Attorney (#633)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:10-CR-00528 CW |
| Plaintiff, | : | |
| vs. | : | GOVERNMENT'S POSITION WITH RESPECT TO |
| EVERETT JAY WILSON, | : | SENTENCING FACTORS |
| Defendant. | : | Judge Clark Waddoups |
| | : | |

_____

Having reviewed the Presentence Report in the above-referenced matter, the

United States of America, by and through the undersigned Assistant United States

Attorney, makes no objection to the facts stated therein.

//

//

//

//

RESPECTFULLY SUBMITTED this 23rd day of December, 2010.

                CARLIE CHRISTENSEN
                United States Attorney


*/s/ Veda M. Travis*
_____

VEDA M. TRAVIS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS was made available to all parties named below, this <u>23rd</u> day of December, 2010.

    Randy Ludlow
    Attorney at Law
    185 South State #208
    Salt Lake City, Utah  84111

    Valli Kelly
    U.S. Probation
    350 South Main Street
    Salt Lake City, Utah  84101

        */s/ Cindy L. Dobyns*
        Legal Assistant